Submitted March 17, appeal dismissed April 20, petition for review denied October 6, 2016 (360 Or 422)

JEREMY CHILDS,
aka Jeremy Eugene Child,
*Petitioner-Appellant,*

*v.*

John MYRICK,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV140473; A158092

380 P3d 1192

Jed Peterson and O'Connor Weber LLP filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Peenesh H. Shah, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Egan, Judge, and Shorr, Judge.

PER CURIAM

Appeal dismissed. *Dillard v. Premo*, 276 Or App 65, 67, 366 P3d 797 (2016).